SIGAL CHATTAH, NVSBN 5634
Acting United States Attorney
District of Nevada

DAVID PRIDDY, ILSBN 6313767
Special Assistant United States Attorney
Social Security Administration
Office of the General Counsel, Office 7
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4801
Facsimile: (415) 744-0134
E-Mail: David.Priddy@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD URRUTIA,<br><br>  Plaintiff,<br><br>  v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>  Defendant. | Case No.: 2:25-cv-00650-EJY<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME**<br>(***FIRST REQUEST***) |

Defendant, Frank Bisignano, Commissioner of Social Security (Defendant), respectfully requests that the Court extend the time for Defendant to respond to Plaintiff's Brief (Dkt. No. 8, filed on July 7, 2025), currently due on August 6, 2025, by 30 days, through and including September 5, 2025.  Defendant further requests that the deadline for Plaintiff's optional reply brief be extended to September 19, 2025.

This is Defendant's first request for an extension of time to file a response.  Good cause exists for this extension.  This case involves a novel issue, which requires Defendant's undersigned counsel to seek guidance from specialized attorneys within the undersigned's office.  Defendant's counsel has

brought the issue to these specialized attorneys, but their response is taking longer than expected due to an influx of cases and low staffing.

Additional time is required to review the record, to evaluate the issue raised in Plaintiff's brief, to determine whether options exist for settlement, and if not, to prepare Defendant's response to Plaintiff's brief. Defendant's counsel will endeavor to complete these tasks as soon as possible. This request is made in good faith and with no intention to unduly delay the proceedings, and counsel apologizes for any inconvenience.

Counsel for Defendant advised counsel for Plaintiff of the need for this extension on August 4, 2025. Counsel for Plaintiff confirmed that Plaintiff does not object to this request.

It is therefore requested that Defendant be granted an extension of time to respond to Plaintiff's Brief, through and including September 5, 2025.

Dated: August 4, 2025

Respectfully submitted,

SIGAL CHATTAH
Acting United States Attorney

*/s/ David Priddy*
DAVID PRIDDY
Special Assistant United States Attorney

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: August 4, 2025

2